IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RHODES, | No. 2:06-cv-1715-MCE-EFB-PS |
| Plaintiff, | |
| v. | ORDER |
| ELECTRONIC DATA SYSTEMS CORPORATION, et al., | |
| Defendants. | |
| _____/ | |

On September 29, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

////

---

[1] On October 10, 2006, plaintiff filed his first amended complaint dropping any references to defendant Jordan.

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 29, 2006, are ADOPTED;

2. Defendant Jordan's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(5) is DENIED; and

3. Defendant Jordan's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED and defendant Jordan is dismissed from the action with prejudice.

DATED: October 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE