IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

       Plaintiff,                           No. CIV S-06-1715 MCE EFB PS

   vs.

ELECTRONIC DATA SYSTEMS
CORPORATION,

                                        ORDER

       Defendant.
                                      /

On November 22, 2006, defendant Electronic Data Systems Corporation ("EDS") filed an ex parte application requesting an extension of time to file an opposition to plaintiff's motion for summary judgment, filed on November 16, 2006. In the brief supporting its ex parte application, EDS indicated its intention to file a motion for summary judgment after it has obtained discovery from plaintiff.[1] It appears that defendant has encountered difficulty in obtaining plaintiff's cooperation with discovery, and on December 20, 2006, this court will hear EDS' motions to compel plaintiff's deposition, responses to interrogatories and production of documents.

////

---

[1] Defendant seeks leave to file its opposition to plaintiff's motion for summary judgment no earlier than thirty days after EDS takes plaintiff's deposition.

1

1    This court previously vacated the hearing on plaintiff's motion for summary
2 judgment and took the motion under submission. In light of defendant's intent to file a motion
3 for summary judgment as well, it is more efficient for the court to consider the parties' cross-
4 motions for summary judgment at the same time. Accordingly, the court will set forth a briefing
5 schedule to that effect at the December 20, 2006 hearing on defendant's motions to compel. At
6 that hearing, the court will set deadlines for the following briefs: (1) defendant's cross-motion
7 for summary judgment and its opposition to plaintiff's motion for summary judgment, which
8 shall be filed together as a single brief; (2) plaintiff's opposition to defendant's motion for
9 summary judgment and plaintiff's reply to defendant's opposition, which shall be filed together
10 as a single brief; and, finally, (3) defendant's reply to plaintiff's opposition to the defendant's
11 cross motion.

12    In accordance with the foregoing, the court grants, in part, defendant's request for
13 an extension of time. Defendant is granted an extension of time to file an opposition to
14 plaintiff's motion for summary judgment, but shall file such opposition by a date to be
15 determined by this court at the December 20, 2006 hearing.

16    IT IS SO ORDERED.

17 DATED: November 28, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE