IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Plaintiff,                    No. CIV S-06-1715 MCE EFB PS

    vs.

ELECTRONIC DATA SYSTEMS CORPORATION,

    Defendant.                  ORDER
_____/

       On December 27, 2006, plaintiff filed a document styled "Question for the Court," in which he asked the court to tell him whether or not, at the hearing held on December 20, 2006, the court ordered defendant to respond to plaintiff's "subpoena (Request for Production of Documents)." The court construes this question as a motion for clarification. The court grants the motion and provides the following clarification.

       The court directs plaintiff to refer to the written order dated December 21, 2006, which was mailed to plaintiff that same day. That order summarizes all orders made during the December 20, 2006 hearing. The order directs plaintiff to appear for deposition and to provide complete discovery responses to defendant, and to pay $1,000 in sanctions. It also sets forth the briefing schedule for cross-motions for summary judgment. It contains no order directing defendant to provide plaintiff with discovery responses.

1    After reviewing the docket, it appears that plaintiff has never filed any motion to compel
2 discovery responses from defendant.  Accordingly, this court has issued no order that effect.  To
3 the extent defendant has been uncooperative in timely responding to discovery requests, plaintiff
4 is directed to refer to Fed. R. Civ. P. 37 and Local Rule 37-251.  To the extent defendant has
5 been uncooperative in responding to a subpoena issued pursuant to Fed. R. Civ. P. 45, plaintiff is
6 directed to refer to that rule.  Plaintiff is also directed to refer to, and comply with, Local Rule
7 78-230, before filing any motion.
8    SO ORDERED.
9 DATED: January 9, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2