IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Plaintiff,                      No. CIV S-06-1715 MCE EFB PS

    vs.

ELECTRONIC DATA SYSTEMS CORPORATION,

                                ORDER

    Defendant.
_____/

    On January 29, 2007, plaintiff filed a request for an extension of time to pay sanctions in the amount of $1,000, which this court ordered plaintiff to pay to defense counsel by February 19, 2007. Plaintiff's extension is granted in part and the time for plaintiff to pay the sanctions is tolled through the hearing calendared for February 28, 2007. The court will address what additional extension, if any, is appropriate at the hearing.

    IT IS SO ORDERED.

DATED: February 5, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE