IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

      Plaintiff,                           No. CIV S-06-1715 MCE EFB PS

      vs.

ELECTRONIC DATA SYSTEMS CORPORATION,

                                    ORDER

      Defendant.

_____/

     On January 29, 2007, plaintiff filed a request for an extension of time to pay sanctions in the amount of $1,000, which this court ordered plaintiff to pay to defense counsel by February 19, 2007, for certain discovery violations. Defendants have not opposed the request.

     By order filed February 6, 2007, the court granted in part plaintiff's request and tolled the time through the hearing calendared for February 28, 2007. However, by minute order filed February 26, 2007, the court submitted plaintiff's motion for discovery without oral argument and vacated the hearing set for February 28, 2007. This leaves the question of when the sanctions must be paid.

////

////

////

1

1    The court hereby grants in part plaintiff's January 29, 2007, request for an extension of
2 time.  Plaintiff shall pay to defense counsel, not later than May 30, 2007, the sanctions ordered
3 on December 21, 2006.  The court does not intend to further extend this time.

4    IT IS SO ORDERED.

5 DATED:  February 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2