IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Plaintiff,                            No. CIV S-06-1715 MCE EFB PS

    vs.

ELECTRONIC DATA SYSTEMS CORPORATION,

                                      ORDER

    Defendant.

_____/

    On February 26, 2007, plaintiff's pending motions concerning discovery in the above-captioned case were ordered submitted without appearance and without argument pursuant to Local Rule 78-230(h). That same day, plaintiff filed a "motion and motion for continuance of discovery hearing reschedule for March 7, 2007." Plaintiff appears to be requesting the court to reset a hearing date on his motions. The request is denied. The February 26, 2007 order stands. Plaintiff's discovery motions are submitted without oral argument and a written order thereon shall issue.

    IT IS SO ORDERED.

DATED: March 6, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE