IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RHODES, | No. 2:06-cv-1715-MCE-EFB-PS |
| Plaintiff, | |
| v. | ORDER |
| ELECTRONIC DATA SYSTEMS CORPORATION, | |
| Defendant. | |
| _____/ | |

On March 19, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on March 27, 2007, defendant filed a reply to plaintiff's objections on March 30, 2007, and they were considered by the undersigned.

Plaintiff's March 27, 2007, objections are also a request for reconsideration of the magistrate judge's order filed March 19, 2007, denying plaintiff's "Motion for Discovery Hearing & Motion for Sanctions." Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."

1

1  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's
2  ruling was clearly erroneous or contrary to law.
3      This court has conducted a de novo review of those portions of the proposed findings of
4  fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.
5  Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
6  (1982).  As to any portion of the proposed findings of fact to which no objection has been made,
7  the court assumes its correctness and decides the motions on the applicable law.  See Orand v.
8  U.S., 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed
9  de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).
10     The court has reviewed the applicable legal standards and, good cause appearing,
11 concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
12     Accordingly, IT IS ORDERED that:
13     1.  The proposed Findings and Recommendations filed March 19, 2007, are ADOPTED;
14     2.  Defendant's motion for dismissal as a sanction is denied; and
15     3.  Upon reconsideration, the order of the magistrate judge filed March 19, 2007, is
16 affirmed.

Dated:  April 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE