IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RHODES, | No. 06-cv-01715-MCE-EFB PS |
|     Plaintiff, | |
|    vs. | ORDER |
| ELECTRONIC DATA SYSTEMS CORPORATION, | |
|     Defendant. | |
| _____/ | |

    On July 3, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. On July 11 and July 13, 2007, plaintiff filed various documents, including documents styled as follows: (1) "Request for Reconsideration by the District Court of Magistrate Judge's Ruling & Request to Stay & Continue on to Pretrial," (2) "Plaintiffs Disputed Facts & Request for Trial or Stay," and (3) "Plaintiff Andre Rhodes' Notice of Petition Allegations of Jurisdiction."

///

///

1

1  The court construes these three documents as comprising plaintiff's objections to the magistrate
2  judge's findings and recommendations.  On July 17 and 18, 2007, defendant filed its reply briefs.
3  The undersigned has considered all of the filings.

4  This court reviews de novo those portions of the proposed findings of fact to which
5  objection has been made.  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore
6  Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).  As
7  to any portion of the proposed findings of fact to which no objection has been made, the court
8  assumes its correctness and decides the motions on the applicable law.  <u>See</u> <u>Orand v. United
9  States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
10 reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.
11 1983).

12 The court has reviewed the applicable legal standards and, good cause appearing,
13 concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
14 Accordingly, IT IS ORDERED that:

15 1.  The proposed Findings and Recommendations filed July 3, 2007, are ADOPTED;
16 2.  Defendant Electronic Data System's motion for summary judgment is granted;
17 3.  Plaintiff's motion for summary judgment is denied; and
18 4.  The Clerk is directed to close the case.

19  Dated:  July 31, 2007

21  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE