IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RHODES, | 2:06-cv-01715-MCE-EFB-PS |
| Plaintiff, | |
| v. | ORDER |
| ELECTRONIC DATA SYSTEMS CORPORATION, | |
| Defendant. | |
| _____/ | |

This action, which plaintiff initially filed in state court where he was granted in forma pauperis status, was removed on August 3, 2006. Judgment was entered in this action on August 1, 2007. On August 2, 2007, plaintiff filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party desiring to proceed in forma pauperis on appeal must file a motion with the district court. The party must attach to the motion an affidavit that: (1) shows the party's inability to pay or give security for fees and costs, (2) claims an entitlement to redress, and (3) states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1).

///

///

1  Plaintiff has filed an affidavit demonstrating his inability to pay or give security for costs
2 and fees.  However, plaintiff's affidavit does not claim an entitlement to redress, nor does it state
3 the issues that the party intends to present on appeal.  Accordingly, plaintiff's motion to proceed
4 <u>in forma pauperis</u> on appeal is denied without prejudice.
5  SO ORDERED.

Dated:  August 15, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE