IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Plaintiff,                       No. CIV S-06-1715 MCE EFB PS

    vs.

ELECTRONIC DATA SYSTEMS
CORPORATION, et al.,
                                    ORDER
    Defendants.
                                 /

       This action, in which the plaintiff is proceeding pro se, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). This case was closed on August 1, 2007, when the case was dismissed and judgment was entered. Plaintiff has filed an notice of appeal to the United States Court of Appeals for the Ninth Circuit. Apparently related to that appeal, plaintiff has filed a "motion for transcripts at government expense by the United States Criminal Justice Act."[1]

       In his motion, plaintiff cites "an exception to the general rule that parties are required to pay for transcripts for a party who appeals under the Criminal Just Act." Although it is true that

---

[1] The court notes that plaintiff also filed on September 4, 2007, a form requesting a transcript of the December 20, 2006, hearing in this case. To the extent plaintiff filed that request under the same theories articulated in the present motion, it is denied for the reasons set forth below.

1

under the Criminal Justice Act, 18 U.S.C. § 3006A, the government is, under certain circumstances, required to furnish an indigent appellant with a transcript of a prior proceeding related to a criminal prosecution, *United States v. Maccollom*, 426 U.S. 317, 320 (1976); *United States v. Rosales-Lopez*, 617 F.2d 1349, 1355 (9th Cir. 1980), those circumstances do not apply here.  Plaintiff is appealing the dismissal of his civil lawsuit for employment discrimination.

The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress.  *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989).  The *in forma pauperis* statute does not authorize the expenditure of public funds for investigators, witnesses, or copies of court documents including transcripts.  *See* 28 U.S.C. § 1915.  Moreover, on August 16, 2007, the district judge denied plaintiff's motion to proceed *in forma pauperis* on appeal.  Plaintiff's request is therefore denied.

DATED:   October 2, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE