IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

      Plaintiff,                   No. CIV S-06-1715 MCE EFB PS

      vs.

ELECTRONIC DATA SYSTEMS CORPORATION,

                            ORDER

      Defendant.

_____/

      This action, in which plaintiff is proceeding pro se, was referred to the undersigned by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On August 1, 2007, judgment was entered in defendant's favor and the case was closed.

      Plaintiff has filed a notice of appeal and that appeal is still pending. On February 22, 2008, he filed a "Request for Stay of Mandate," which he mistakenly addresses to both this court and the appellate court. He asks for a "Stay of Mandate in the District Court or the Appellate Court while the Appellants Petition for Rehearing is Pending in the Appellant Court." *See* Docket Entry no. 175. This court is without jurisdiction to grant the requested relief. *See, e.g., Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992).

////

////

The request directed to this court is denied for lack of jurisdiction.

SO ORDERED.

DATED: April 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2